UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 31 AM 11:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Docket No. '08 MJ 2351 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Eduardo MUNOZ-Camarena,** Defendant | ) | Title 8 U.S.C., Section 1326 Attempted Entry After Deportation |

The undersigned complainant, being duly sworn, states:

On or about **July 30, 2008** within the Southern District of California, defendant, **Eduardo MUNOZ-Camarena,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near the San Ysidro, California Port of Entry, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **31st DAY** of **JULY, 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

UFN

**CONTINUATION OF COMPLAINT:**
**Eduardo MUNOZ-Camarena**

## PROBABLE CAUSE STATEMENT

On July 30, 2008, Border Patrol Agent J. Gomulinski, was performing linewatch duties in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 3:00 a.m., a Remote Video Surveillance Systems operator notified the Agent Gomulinski, that an individual was jumping the U.S./Mexico International Boundary fence. The area is approximately 300 yards east of the San Ysidro, California Port of Entry and approximately 100 yards north of the U.S./Mexico International Boundary.

Agent Gomulinski responded to the area and observed one individual running westbound. Agent Gomulinski identified himself as a United States Border Patrol Agent and then conducted an immigration inspection. The subject later identified as the defendant **Eduardo MUNOZ-Camarena,** admitted to being a citizen and national of Mexico without any U.S. immigration documents that would allow him to legally enter or remain in the United States. The defendant was arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 29, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant also stated his intended destination was Los Angeles, California.